**ORIGINAL**

**FILED**

11/20/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0517

**FILED**

NOV 20 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## IN THE SUPREME COURT OF THE STATE OF MONTANA

Case No. DA 20-0517

---

JRN HOLDINGS, LLC, a Limited Liability )
Company. )
)
        Appellant/Plaintiff, )
)
      vs. )
)
DEARBORN MEADOWS LAND OWNERS )
ASSOCIATION, INC., A Montana Nonprofit )
Corporation; its President, JIM BECK; )
its Vice President, PAT RACICOT; )
its representative of record, ART POWELL; )
and DOES 1-100, consisting of all others who )
claim a Non-consensual right of access )
across Plaintiff's real property, )
)
        Appellees/Defendants. )
)

**ORDER HOLDING
THE TIME REQUIREMENT
IN ABEYANCE PENDING
COMPLETION OF THE
MANDATORY ALTERNATIVE
DISPUTE RESOLUTION
PROCESS**

---

Upon the Stipulation of the parties to hold the time requirements of the Rules of

Appellate Procedure in abeyance pending completion fo the Mandatory appellate alternative

dispute resolution process, or the expiration of the 75 day limit of Rule 7(3)(b) of the Rules of

Appellate Procedure and good cause appearing:

*Order Holding the Time Requirement in Abeyance Pending Completion of the Mandatory
Alternative Dispute Resolution Process – Page 1*

IT IS HEREBY ORDERED that the time requirements for completion of the mandatory appellate alternative dispute resolution process, or the expiration of the 75 day time limit of Rule 7(3)(b) of the Rules of Appellate Procedure shall be extended.

Dated this _20_ day of _November_ 2020.

_____